# Third District Court of Appeal

## State of Florida

Opinion filed January 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-339
Lower Tribunal No. F16-9295
_____

**Elisha Baxter,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Elisha Baxter, in proper person.

Ashley Moody, Attorney General and David Llanes, Assistant Attorney General, for respondent.

Before LOGUE, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Denied.